DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYMOND VINCENT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1562

[October 16, 2025]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank D. Ledee, Judge; L.T. Case No. 16-6206CF10A.

Raymond Vincent, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***